UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELLE SHIRLEY

VERSUS

PROGESSIVE PALOVERDE
INSURANCE CO..

CIVIL ACTION

NO. 15-365-JJB

### RULING ON MOTION

This matter is before the court on plaintiff's motion (doc. 6) for summary judgment. The motion is opposed; plaintiff has filed a reply brief. There is no need for oral argument.

For the reasons stated in defendant's brief, the court finds that the motion is premature and should be denied at this time.

Accordingly, the motion (doc. 6) for summary judgment is DENIED.

Baton Rouge, Louisiana, December 14th, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA